UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Gross and Felicia Lum Robinson, *individually and on behalf of those similarly situated*,<br><br>           Plaintiffs,<br><br>v.<br><br>BLST Operating Company, LLC d/b/a Fingerhut,<br><br>           Defendant. | Case No. 23-cv-164 (KMM/TNL)<br><br>**ORDER STAYING CASE** |

This matter is before the Court on the parties' Joint Motion to Stay, ECF No. 70. The Joint Motion provides that the parties have been actively working towards a resolution of this matter and have another mediation session scheduled for January 27, 2025. *Id.* at 1-2. Therefore, the parties request a stay of this proceeding to ensure financial resources are not depleted by continuing discovery. *Id.* at 2.

Accordingly, the Court finds that the foregoing constitutes good cause to stay this proceeding, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion to Stay, ECF No. 70, is **GRANTED**.

2. All deadlines in the Pretrial Scheduling Order, ECF No. 64, are stayed until January 27, 2025.

3. If the matter does not settle, the parties shall file a joint status letter including a proposed pretrial scheduling order no later than February 4, 2025.

4. If the matter does settle, the parties shall file a stipulation of dismissal no later than February 4, 2025.

Dated: October 16, 2024

*s/Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Gross et al v. BLST Operating Company, LLC*
23-cv-164 (KMM/TNL)

2