# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Gross and Felicia Lum Robinson, *individually and on behalf of those similarly situated*,<br><br>  Plaintiffs,<br><br>v.<br><br>BLST Operating Company, LLC d/b/a Fingerhut,<br><br>  Defendant. | Case No. 23-cv-164 (KMM/TNL)<br><br>**ORDER STAYING CASE** |

This matter is before the Court on the parties' Joint Motion to Stay, ECF No. 74. In light of the January 27, 2025 medication session being rescheduled to February 13, 2025, the parties request for the stay in this case to be extended to February 13, 2025. *Id.* The Court previously found good cause to stay this matter. *See* ECF No. 72.

Accordingly, the Court finds that the foregoing constitutes good cause to extend the stay of this proceeding, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion to Stay, ECF No. 74, is **GRANTED**.

2. All deadlines in the Pretrial Scheduling Order, ECF No. 64, are stayed until February 13, 2025.

3. If the matter does not settle, the parties shall file a joint status letter including a proposed pretrial scheduling order no later than February 20, 2025.

4. If the matter does settle, the parties shall file a stipulation of dismissal no later than February 20, 2025.

Dated: January 29, 2025

            *s/ Tony N. Leung*
            Tony N. Leung
            United States Magistrate Judge
            District of Minnesota

            *Gross v. BLST Operating Company, LLC*
            Case No. 23-cv-164 (KMM/TNL)