UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN GROSS, and FELICIA ROBINSON, individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BLST OPERATING COMPANY, LLC d/b/a FINGERHUT,<br><br>    Defendant. | Case No. 0:23-cv-00164-KMM-ECW<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Brian Gross and Felicia Robinson ("Plaintiffs") and Defendant BLST Operating Company, LLC d/b/a Fingerhut ("Defendant"), through their respective attorneys of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs.

Date:  March 19, 2025          /s/John G. Albanese
                               E. Michelle Drake, Bar No. 0387366
                               John G. Albanese, Bar No. 0395882
                               Ariana B. Kiener, Bar No. 0402365
                               BERGER MONTAGUE PC
                               1229 Tyler Street NE, Suite 205
                               Minneapolis, MN 55413
                               T. 612.594.5999
                               F. 612.584.4470
                               emdrake@bm.net
                               jalbanese@bm.net
                               akiener@bm.net

                               *Attorneys for Plaintiff*

- 2 -

| | |
|---|---|
| Date: March 19, 2025 | /s/Elsa M. Bullard<br>Elsa M. Bullard, Bar No. 0392113<br>Rory F. Collins, Bar No. 0397415<br>Anderson C. Tuggle, Bar No. 0400277<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>elsa.bullard@faegredrinker.com<br>rory.collins@faegredrinker.com<br>anderson.tuggle@faegredrinker.com<br>hannah.leiendecker@faegredrinker.com<br><br>*Attorneys for Defendant BLST Operating Company, LLC d/b/a Fingerhut* |